UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rashad Norwood,  Civil File No.: 11cv3282 (MJD/SER)

        Plaintiff,

v.  **ORDER**

Mark Thieland,

        Defendant.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Norwood's application for a writ of habeas corpus, [Doc. No. 1], is **DENIED**;

2. Norwood's collateral motion asking to have his state court conviction overturned, [Doc. No. 2], is **DENIED**;

3. This action is **DISMISSED WITH PREJUDICE**; and 4. Norwood should **NOT** be granted a Certificate of Appealability.

Dated: February 6, 2012

                                      *s/Michael J. Davis*
                                      Michael J. Davis
                                      Chief Judge
                                      United States District Court